UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY TATE,<br><br>　　　　Petitioner<br><br>　　v.<br><br>WARDEN, FCI VICTORVILLE II,<br><br>　　　　Respondent. | Case No. 2:24-cv-08910-JWH (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition [Dkt. 1], all documents filed and lodged in this action including Respondent's motion to dismiss [Dkt. 8, "Motion"] and Petitioner's Response [Dkt. 12], the original Report and Recommendation of United States Magistrate Judge [Dkt. 10], and the Final Report and Recommendation of United States Magistrate Judge [Dkt. 14. "Final Report"]. The time to file Objections to the Report has passed and no Objections have been received by the Court. Having completed its review, the Court hereby **ORDERS** as follows:

1. The findings and recommendations set forth in the Final Report are **ACCEPTED**.
2. The Petition is **DENIED**.
3. The Motion is **GRANTED**.
4. Judgment shall be entered **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

DATE: December 20, 2024

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE