JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY TATE,<br><br>Petitioner<br><br>v.<br><br>WARDEN, FCI VICTORVILLE II,<br><br>Respondent. | Case No. 2:24-cv-08910-JWH (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATE:  December 20, 2024

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE